# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EMILY RYO, ) ) *Plaintiff*, ) ) v. ) ) U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, ) ) ) ) *Defendants*. ) | Case No. 20-cv-1166 (TJK) |

## NOTICE OF WITHDRAWAL OF ATTORNEY SARA KAISER CREIGHTON

Sara Kaiser Creighton respectfully withdraws her appearance for Plaintiff in this matter. Plaintiff will continue to be represented by all other counsel who have entered appearances on its behalf.

Dated: June 30, 2021

Respectfully submitted,

*/s/ Sara Kaiser Creighton*

Sara Kaiser Creighton
D.C. Bar No. 1002367
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 869-5245
sara.creighton@americanoversight.org

*Counsel for Plaintiff*