UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILY RYO, </br></br>     *Plaintiff*, </br></br>     v. </br></br> U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.,* </br></br>     *Defendants*. | Case No. 20-cv-1166 (TJK) |

## JOINT STATUS REPORT

Defendants United States Department of Homeland Security ("DHS"), United States Customs and Border Protection ("CBP"), and United States Immigration and Customs Enforcement ("ICE"), and Plaintiff Emily Ryo (hereinafter referred to as "Plaintiff," or together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report to update the Court on this case, pursuant to the Court's July 15, 2020 Minute Order.

Plaintiff's Complaint relates to FOIA requests sent to ICE and CBP seeking, generally speaking, anonymized, individual-level data on detention data for the time period of October 2012 to the time of the data extraction.

ICE completed productions of responsive data on February 4, 2021. On March 22, 2021, Plaintiff sent a list of inquiries about the data to ICE. CBP made its third and final production of responsive records on March 22, 2021. On June 18, 2021, Plaintiff sent a list of inquiries about the production to CBP, and another set of follow-up inquiries on July 13, 2021.

On August 4, 2021, Defendants provided responses to the questions that Plaintiff had regarding their productions. Plaintiff is in the process of reviewing these responses. The Parties

will continue to engage in discussions to determine if any remaining challenges exist.

Pursuant to the Court's July 15, 2020 Minute Order, the parties will file a further status report no later than December 3, 2021, to apprise the Court of their progress.

Date: October 5, 2021

Respectfully submitted,

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK,
Acting Chief, Civil Division

By: /s/ *Stephen DeGenaro*
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C.  20530
(202) 252-7229
Stephen.DeGenaro@usdoj.gov

*Counsel for Defendants*

/s/ *Mehreen Rasheed*
Mehreen Rasheed
D.C. Bar No. 144880
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 848-1320
mehreen.rasheed@americanoversight.org

*Counsel for Plaintiff*