UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EMILY RYO,  )<br>)<br>*Plaintiff*,  )<br>)<br>v.  )<br>)<br>U.S. DEPARTMENT OF HOMELAND  )<br>SECURITY, *et al.*,  )<br>)<br>)<br>*Defendants*.  )<br>) | Case No. 20-cv-1166 (TJK) |

**JOINT STATUS REPORT**

Defendants United States Department of Homeland Security ("DHS"), United States Customs and Border Protection ("CBP"), and United States Immigration and Customs Enforcement ("ICE"), and Plaintiff Emily Ryo (hereinafter referred to as "Plaintiff," or together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report to update the Court on this case, pursuant to the Court's July 15, 2020 Minute Order.

Plaintiff's Complaint relates to FOIA requests sent to ICE and CBP seeking, generally speaking, anonymized, individual-level data on detention data for the time period of October 2012 to the time of the data extraction.

On November 5, 2021, Plaintiff and CBP jointly stipulated to the dismissal of CBP without prejudice.  *See* ECF No. 17.

ICE completed productions of responsive data on February 4, 2021.  On March 22, 2021, Plaintiff sent a list of inquiries about the data to ICE.  On August 4, 2021, ICE provided responses to the questions that Plaintiff had regarding their productions.  Plaintiff asked some follow up questions of ICE regarding its responses to Plaintiff.  ICE is in the process of reviewing these

responses. The Parties will continue to engage in discussions to determine if any remaining challenges exist.

Pursuant to the Court's July 15, 2020 Minute Order, the parties will file a further status report no later than February 2, 2022, to apprise the Court of their progress.

Date: December 3, 2021                Respectfully submitted,

                                                    MATTHEW M. GRAVES, D.C. Bar #481052
                                                   United States Attorney

                                                   BRIAN P. HUDAK,
                                                   Acting Chief, Civil Division

                     By:      /s/ Stephen DeGenaro
                                                  STEPHEN DEGENARO
                                                  D.C. Bar #1047116
                                                  Assistant United States Attorney
                                                  Judiciary Center Building
                                                  555 4th St., N.W.
                                                  Washington, D.C.  20530
                                                  (202) 252-7229
                                                  Stephen.DeGenaro@usdoj.gov

                                                  *Counsel for Defendants*

                                                  /s/ Mehreen Rasheed
                                                  Mehreen Rasheed
                                                  D.C. Bar No. 144880
                                                  AMERICAN OVERSIGHT
                                                  1030 15th Street NW, B255
                                                  Washington, DC 20005
                                                  (202) 848-1320
                                                  mehreen.rasheed@americanoversight.org

                                                  *Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILY RYO,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    *Defendants*. | Case No. 20-cv-1166 (TJK) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Joint Status Report, it is hereby:

ORDERED that the parties shall submit another joint status report on or before February 2, 2022.

SIGNED:

_____        _____
Date      Judge Timothy J. Kelly
     United States District Judge