UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILY RYO,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.,*<br><br>    *Defendants*. | Civil Action No. 20-1166 (TJK) |

## JOINT STATUS REPORT

Defendants United States Department of Homeland Security ("DHS"), United States Customs and Border Protection ("CBP"), and United States Immigration and Customs Enforcement ("ICE"), and Plaintiff Emily Ryo (hereinafter referred to as "Plaintiff," or together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report to update the Court on this case, pursuant to the Court's July 15, 2020 Minute Order.

Plaintiff's Complaint relates to FOIA requests sent to ICE and CBP seeking, generally speaking, anonymized, individual-level data on detention data for the time period of October 2012 to the time of the data extraction.

On November 5, 2021, Plaintiff and CBP jointly stipulated to the dismissal of CBP without prejudice. *See* ECF No. 17.

ICE completed productions of responsive data on February 4, 2021. On March 22, 2021, Plaintiff sent a list of inquiries about the data to ICE. On August 4, 2021, ICE provided responses to the questions that Plaintiff had regarding their productions. Plaintiff asked some follow up questions of ICE regarding its responses to Plaintiff. ICE is in the process of reviewing these

responses. The Parties will continue to engage in discussions to determine if any remaining challenges exist.

Pursuant to the Court's July 15, 2020 Minute Order, the parties will file a further status report no later than April 4, 2022, to apprise the Court of their progress.

Date: February 2, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MATTHEW M. GRAVES, D.C. Bar #481052
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　BRIAN P. HUDAK,
　　　　　　　　　　　　　　　　　　Acting Chief, Civil Division

　　　　　　　　　　　　By:　　　/s/ Stephen DeGenaro
　　　　　　　　　　　　　　　　　　STEPHEN DEGENARO
　　　　　　　　　　　　　　　　　　D.C. Bar #1047116
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　(202) 252-7229
　　　　　　　　　　　　　　　　　　Stephen.DeGenaro@usdoj.gov

　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

　　　　　　　　　　　　　　　　　　/s/ Mehreen Rasheed
　　　　　　　　　　　　　　　　　　Mehreen Rasheed
　　　　　　　　　　　　　　　　　　D.C. Bar No. 144880
　　　　　　　　　　　　　　　　　　AMERICAN OVERSIGHT
　　　　　　　　　　　　　　　　　　1030 15th Street NW, B255
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　(202) 848-1320
　　　　　　　　　　　　　　　　　　mehreen.rasheed@americanoversight.org

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*