UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMILY RYO, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Civil Action No. 20-1166 (TJK) |
| ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, *et al.,* ) | |
| ) | |
| *Defendants*. ) | |

**JOINT STATUS REPORT**

Defendants United States Department of Homeland Security ("DHS"), United States Customs and Border Protection ("CBP"), and United States Immigration and Customs Enforcement ("ICE"), and Plaintiff Emily Ryo (hereinafter referred to as "Plaintiff," or together with Defendants, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report to update the Court on this case, pursuant to the Court's July 15, 2020 Minute Order.

Plaintiff's Complaint relates to FOIA requests sent to ICE and CBP seeking, generally speaking, anonymized, individual-level data on detention data for the time period of October 2012 to the time of the data extraction.

On November 5, 2021, Plaintiff and CBP jointly stipulated to the dismissal of CBP without prejudice. *See* ECF No. 17.

ICE completed productions of responsive data on February 4, 2021. On March 22, 2021, Plaintiff sent a list of inquiries about the data to ICE. On August 4, 2021, ICE provided responses to the questions that Plaintiff had regarding their productions. On November 2, 2021, Plaintiff asked some follow up questions of ICE regarding its responses to Plaintiff. ICE provided

responses to Plaintiff's questions through counsel on April 1, 2022. The Parties will continue to engage in discussions to determine if any remaining challenges exist.

Pursuant to the Court's July 15, 2020 Minute Order, the parties will file a further status report no later than May 26, 2022, to apprise the Court of their progress.

Date: April 4, 2022

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK,
Acting Chief, Civil Division

By: /s/ Stephen DeGenaro
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W.
Washington, D.C. 20530
(202) 252-7229
Stephen.DeGenaro@usdoj.gov

*Counsel for Defendants*

/s/ Mehreen Rasheed
Mehreen Rasheed
D.C. Bar No. 144880
AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 848-1320
mehreen.rasheed@americanoversight.org

*Counsel for Plaintiff*